IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
SEP 07 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC., Plaintiffs, vs. DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARMENT OF THE INTERIOR, DEPARTMENT OF JUSTICE, Defendants. | CV 18–154–M–DWM ORDER |

Plaintiffs move for the admission of Brett Max Kaufman to practice before this Court in this case with Alex Rate to act as local counsel. Brett Max Kaufman's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Brett Max Kaufman *pro hac vice* (Doc. 5) is GRANTED on the condition that Mr. Kaufman shall do his own work. This means that Mr. Kaufman must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally.

1

Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kaufman, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 7th day of September, 2018.

Donald W. Molloy, District Judge
United States District Court