FILED

NOV 2 0 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF JUSTICE,<br><br>Defendants. | CV 18–154–M–DWM<br><br>ORDER |

Before the Court is Defendants' Unopposed Motion for Extension of Pretrial Deadlines. (Doc. 18.) The Defendants having shown good cause to extend the pretrial deadlines,

IT IS ORDERED that the motion (Doc. 18) is GRANTED. The September 10, 2018 Order (Doc. 7) is AMENDED as follows:

1

2. **Preliminary Pretrial Statement.** Counsel for the respective parties shall file and serve on all parties a written preliminary pretrial statement on or before January 10, 2019. The statement shall address all matters listed in L.R. 16.2(b)(1).

3. *Vaughn* **Index.** The government shall prepare and file with the Court, no later than January 10, 2019, a *Vaughn* index identifying the documents withheld, the FOIA exemptions claimed, and a particularized explanation of why each document falls within the claimed exemption. *See Wiener v. FBI*, 943 F.2d 972 (9th Cir. 1991); *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

4. **Rule 26(f) Conference and Case Management Plan.** The parties shall file a proposed case management plan on or before January 27, 2019. The parties shall e-mail a copy of the proposed case management plan in WordPerfect (preferred) or Word format to dwm_propord@mtd.uscourts.gov. Lead trial counsel for the respective parties shall, at least two weeks before the proposed case management plan is due, meet to discuss the nature and basis of their claims and defenses, to develop the proposed case management plan, and to discuss the possibilities for a prompt settlement or resolution of the case. *See* Fed. R. Civ. P. 1. The case management plan resulting from the Rule 26(f) conference is not subject to revision, absent compelling reasons.

The September 10, 2018 Order (Doc. 7) remains in full force and effect in all other respects.

Dated this 20th day of November, 2018.

Donald W. Molloy, District Judge
United States District Court