IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 28 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARMENT OF THE INTERIOR, DEPARTMENT OF JUSTICE, <br><br>Defendants. | CV 18–154–M–DWM <br><br><br>ORDER |

IT IS ORDERED that the parties' Joint Case Management Plan (Doc. 28) is ADOPTED. The following schedule will govern these proceedings:

| | |
|---|---|
| Deadline for Amended Pleadings | February 22, 2019 |
| Discovery Deadline | April 12, 2019 |
| File supplemental *Vaughn* Indexes | April 12, 2019 |
| File Joint Record | April 19, 2019 |
| Defendants' Motion for Summary Judgment and Brief (9,000 words) | May 1, 2019 |

1

| | |
|---|---|
| Plaintiffs' Combined Cross-Motion for Summary Judgment and Response (13,000 words) | May 22, 2019 |
| Defendants' Combined Reply and Response (6,500 words) | June 12, 2019 |
| Plaintiffs' Reply (4,500 words) | June 26, 2019 |

This schedule is not subject to revision absent a Court order. Motions to continue will be granted only upon a showing of good cause. Local Rule 7.1 governs the briefing schedule and word limits for all motions that are not discussed in this Order. The filing of such motions will not stay this Order's deadlines.

IT IS FURTHER ORDERED that the parties shall comply with Local Rule 56.1 in filing their motions for summary judgment.

IT IS FURTHER ORDERED that in all filings with the Court, the parties shall not use acronyms except for the following commonly understood acronyms in record review cases: NEPA, NFMA, APA, ESA, EIS, and EA.

DATED this 28th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court

2