IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF THE INTERIOR, and DEPARTMENT OF JUSTICE,<br><br>Defendants. | CV 18-154-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Opinion and Order (Doc. 57), that summary judgment is granted in part in favor of the agencies as follows:

1. BLM's redaction of the email labeled USA BLM 00017-2 under Exemption 5's attorney client privilege was proper.

2. The FBI's *Glomar* response was proper under Exemption 7(A).

Summary judgment is granted in part in favor of the ACLU as follows:

1. The Army Corps' search was inadequate.

2. BLM improperly redacted its communication plan labeled USA_BLM_00043 under Exemption S's deliberative process privilege.

3. The Army Corps improperly withheld the email labeled USA_ACE_000008- 12 under Exemptions 5 and 7(A) and improperly redacted the email labeled USA_ ACE_ 00065 under Exemption 5.

The above entitled case is closed with the filing of this Judgment.

Dated this 21st day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk