IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF THE INTERIOR, and DEPARTMENT OF JUSTICE, <br><br> Defendants. | CV 18–154–M–DWM <br><br> ORDER |

The Court having considered Plaintiffs' Unopposed Motion to Set Status Conference and for Extension of Time to File Motion for Attorneys' Fees, and good cause appearing,

IT IS ORDERED that the motion (Doc. 59) is GRANTED IN PART.  The Court declines to schedule a telephonic status conference.  After review of the motion,

IT IS FURTHER ORDERED that counsel for Plaintiffs shall file their

1

Motion for Attorneys' Fees thirty days following Defendants' final compliance with the Court's August 21, 2019 Opinion and Order (Doc. 57).

DATED this 4th day of September, 2019.

                                             _____
                                             Donald W. Molloy, District Judge
                                             United States District Court