VICTORIA L. FRANCIS
MARK STEGER SMITH
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**2601 2nd Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 247-4633 – Victoria**
          **(406) 247-4667 – Mark**
**Fax: (406) 657-6058**
**Email**: victoria.francis@usdoj.gov
          mark.smith3@usdoj.gov

**ATTORNEYS FOR DEFENDANTS/**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, and AMERICAN CIVIL LIBERTIES UNION OF MONTANA FOUNDATION, INC.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF THE INTERIOR, and DEPARTMENT OF JUSTICE,**<br><br>Defendants. | **CV 18-154-M-DWM**<br><br>**UNITED STATES' NOTICE OF COMPLIANCE** |

S:\civil\2018V00147\Notice of Compliance.docx

1

Pursuant to Plaintiffs' request, the United States hereby notifies the Court that on October 17, 2019, it completed the search and supplemental production directed in the Court's order of August 21, 2019 (Doc. 57). The parties agree this constitutes "final compliance" as specified in the Court's order of September 4, 2019 (Doc. 60).

**DATED** this 23rd day of October, 2019.

                                    KURT G. ALME
                                    United States Attorney

                                  /s/ Mark Steger Smith
                                  Mark Steger Smith
                                  Victoria L. Francis
                                  Assistant U.S. Attorneys
                                  Attorneys for Defendants